JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
E-mail:    mschechter@mfmlaw.com

LUKA S. MISETIC
(Appearance *pro hac vice*)
Law Offices of Luka S. Misetic
207 East Ohio #217
Chicago, IL 60611
Telephone:    312-224-8284
Facsimile:    312-924-9415
E-mail:    Luka.Misetic@Misetic-Law.com

Attorneys for Plaintiff,
GERTRUD ZAGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/7/05*

| | |
|---|---|
| GERTRUD ZAGEL,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT NIELSEN, an individual;<br>SERVUS LIMITED, a Gibraltar<br>Corporation; ELLI NIELSEN, an individual;<br>and STEEN NIELSEN, an individual,<br><br>    Defendants. | CASE NO. C-05-01540 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING SCHEDULE AND HEARING DATE AND CONTINUING THE SCHEDULED CASE MANAGEMENT CONFERENCE** |

///

///

///

1  The parties, by and through their respective counsel, hereby stipulate to the following
2  amended schedule for the hearing on Defendants' Motion to Dismiss:
3     Plaintiff's Opposition:                                August 19, 2005
4     Defendants' Reply to Plaintiffs' Opposition:        August 26, 2005
5     Hearing on Motion to Dismiss:                     September 9, 2005 @ 9:00 am
6  The parties further stipulate to continue the Case Management Conference, currently
7  scheduled for August 26, 2005, to September 9, 2005. @ 10:30 am.

10 DATED: 6/30/2005

                                                                JAMES McMANIS
                                                                MATTHEW SCHECHTER
                                                                McMANIS FAULKNER & MORGAN

                                                                LUKA S. MISETIC
                                                                (Appearance *pro hac vice*)
                                                                LAW OFFICES OF LUKA S. MISETIC

                                                                Attorneys for Plaintiff,
                                                                GERTRUD ZAGEL

19 DATED: _____

                                                                JON MICHAELSON
                                                                KIRKPATRICK & LOCKHART NICHOLSON
                                                                GRAHAM LLP

                                                                Attorneys for Defendant,
                                                                STEEN NIELSEN

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
CASE NO. C-05-01540 RMW

1 | The parties, by and through their respective counsel, hereby stipulate to the following
2 | amended schedule for the hearing on Defendants' Motion to Dismiss:
3 | Plaintiff's Opposition: August 19, 2005
4 | Defendants' Reply to Plaintiffs' Opposition: August 26, 2005
5 | Hearing on Motion to Dismiss: September 9, 2005
6 | The parties further stipulate to continue the Case Management Conference, currently
7 | scheduled for August 26, 2005, to September 9, 2005.

DATED: _____

JAMES McMANIS
MATTHEW SCHECHTER
McMANIS FAULKNER & MORGAN

LUKA S. MISETIC
(Appearance *pro hac vice*)
LAW OFFICES OF LUKA S. MISETIC

Attorneys for Plaintiff,
GERTRUD ZAGEL

DATED: 6/30/05

JON MICHAELSON
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP

~~Attorneys for Defendant,~~
STEEN NIELSEN

1  DATED: 6/30/05                    _____
2                                    JEFFREY E. ESSNER
3                                    ROBERT A. CHRISTOPHER
                                     HOPKINS & CARLEY
4
                                     Attorneys for Defendant,
5                                    ELLI NIELSEN
6
7
8  DATED: _____            _____
9                                    ALAN NUDELMAN
                                     LAW OFFICES OF ALAN NUDELMAN
10
                                     Attorneys for Defendant,
11                                   SERVUS LIMITED
12
13
14
15  PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
17                                   /s/ Ronald M. Whyte
18  DATED: 7/7/05                    _____
                                     THE HONORABLE RONALD M. WHYTE
19                                   UNITED STATES DISTRICT COURT JUDGE
                                     NORTHERN DISTRICT OF CALIFORNIA
20
21

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

```
 1
 2   DATED: _____          _____
                                   ROBERT A. CHRISTOPHER
 3                                 HOPKINS & CARLEY

 4                                 Attorneys for Defendant,
                                   ELLI NIELSEN
 5

 6

 7                                 _____
 8   DATED: 6/30/05                ALAN NUDELMAN
                                   LAW OFFICES OF ALAN NUDELMAN
 9
10                                 Attorneys for Defendant,
                                   SERVUS LIMITED
11

12

13

14
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
15

16

17   DATED: _____          _____
                                   THE HONORABLE RONALD M. WHYTE
18                                 UNITED STATES DISTRICT COURT JUDGE
                                   NORTHERN DISTRICT OF CALIFORNIA
19
20
21
22
23
24
25
26
27
28
```

3

| | |
|---|---|
| 1 | |
| 2  DATED: _____ | _____<br>ROBERT A. CHRISTOPHER |
| 3 | HOPKINS & CARLEY |
| 4 | Attorneys for Defendant, |
| 5 | ELLI NIELSEN |

DATED: _____

_____
ALAN NUDELMAN
LAW OFFICES OF ALAN NUDELMAN

Attorneys for Defendant,
SERVUS LIMITED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME, CASE NO. C-05-01540 RMW