UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 9/8/05*

GERTRUD ZAGEL,
Plaintiff,

vs.

ROBERT NIELSEN, an individual; SERVUS LIMITED, a Gibraltar Corporation; ELLI NIELSEN, an individual; and STEEN NIELSEN, an individual,

Defendants.

CASE NO. C05 01540 RMW

**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES TO ALLOW COMPLETION OF MEDIATION**

It is HEREBY STIPULATED AND AGREED by the parties hereto that:

## I. FINDINGS

The parties have agreed to submit this matter to mediation under the auspices of CEDR Solve, International Dispute Resolution Centre, 70 Fleet Street, London, EEC4Y 1EU, United Kingdom. The CEDR Solve matter reference number is DR10653/KLM. The mediation session is scheduled to take place on September 23, 2005 in Frankfurt, Germany.

This Stipulation and [Proposed] Order Extending Case Deadlines to Allow Completion of Mediation ("Stipulation") is intended to allow the parties to concentrate their energies and attention on achieving a negotiated resolution of the pending dispute.

-1-

**Stipulation and (Proposed) Order Extending Case Deadlines to Allow Completion of Mediation**
**Zagel v. Nielsen, et al., Case No. C05 01540 RMW**

PL-788 v1 1400035-0001

## II. STIPULATION

The parties, by and through their respective counsel, hereby stipulate to extend all current case deadlines to allow the process of mediation to be completed. The revised case deadlines include the following:

Defendants' Motion to Dismiss: The parties stipulate to the following briefing and hearing schedule:

| | |
|---|---|
| Plaintiff's Opposition: | October 21, 2005 |
| Defendants' Reply to Plaintiff's Opposition: | October 28, 2005 |
| Hearing on Motion to Dismiss: | November 18, 2005 |

Case Management Conference:

The parties stipulate to continue the Case Management Conference, currently scheduled for September 9, 2005, to November 18, 2005. The parties further stipulate that all the timing of disclosures required under Fed.R.Civ.P. 26 shall be made with reference to the continued Case Management Conference date.

Kirkpatrick & Lockhart Nicholson Graham LLP

Dated: August 23 2005

By: ______________________
Jon Michaelson
Linda Larson Usoz
Philippe A. Toudic
Dylan B. Carp
Attorneys for Defendant
STEEN NIELSEN

Law Offices of Alan Nudelman

Dated: August ___, 2005

By: ______________________
Alan W. Nudelman
Attorneys for Defendant
SERVUS LIMITED

- 2 -

**Stipulation and (Proposed) Order Extending Case Deadlines to Allow Completion of Mediation**
**Zagel v. Nielsen, et al., Case No. C05 01540 RMW**

PL-788 v1 1400035-0001

Aug 18 2005 1:20PM NUDELMAN LAW OFFICES 408 354 8875 p.2

## II. STIPULATION

The parties, by and through their respective counsel, hereby stipulate to extend all current case deadlines to allow the process of mediation to be completed. The revised case deadlines include the following:

Defendants' Motion to Dismiss: The parties stipulate to the following briefing and hearing schedule:

| | |
|---|---|
| Plaintiff's Opposition: | October 21, 2005 |
| Defendants' Reply to Plaintiff's Opposition: | October 28, 2005 |
| Hearing on Motion to Dismiss: | November 18, 2005 |

Case Management Conference:

The parties stipulate to continue the Case Management Conference, currently scheduled for September 9, 2005, to November 18, 2005. The parties further stipulate that all the timing of disclosures required under Fed.R.Civ.P. 26 shall be made with reference to the continued Case Management Conference date.

Kirkpatrick & Lockhart Nicholson Graham LLP

Dated: August ___, 2005

By: ______________________
Jon Michaelson
Linda Larson Usoz
Philippe A. Toudic
Dylan B. Carp
Attorneys for Defendant
STEEN NIELSEN

Law Offices of Alan Nudelman

Dated: August 18, 2005

By: ______________________
Alan W. Nudelman
Attorneys for Defendant
SERVUS LIMITED

- 2 -

Stipulation and (Proposed) Order Extending Case Deadlines to Allow Completion of Mediation
Zagel v. Nielsen, et al., Case No. C05 01540 RMW

AUG.19.2005 10:23AM HOPKINS & CARLEY NO.298 P.2

Hopkins & Carley, A Law Corporation

Dated: August 19, 2005

By: [signature]
Robert A. Christopher
Attorneys for Defendant
ELLI NIELSEN

Law Offices of Luka S. Misetic

Dated: August ___, 2005

By: ______________________
Luka S. Misetic
Attorneys for Plaintiff
GERTRUD ZAGEL

McManis Faulkner & Morgan

Dated: August ___, 2005

By: ______________________
Matthew Schechter
Attorneys for Plaintiff
GERTRUD ZAGEL

Dated: August ___, 2005

______________________
Michael Nielsen
Guardian At Litem for Defendant
ROBERT NIELSEN

IT IS SO ORDERED.

Dated: August ____, 2005

______________________
Ronald M. Whyte
U.S. District Judge

- 3 -

Stipulation and (Proposed) Order Extending Case Deadlines to Allow Completion of Mediation
Zagel v. Nielsen, et al., Case No. C05 01540 RMW

PL-788 v1

Hopkins & Carley, A Law Corporation

Dated: August ___, 2005

By: ______________________________
Robert A. Christopher
Attorneys for Defendant
ELLI NIELSEN

Law Offices of Luka S. Misetic

Dated: August 2, 2005

By: ______________________________
Luka S. Misetic
Attorneys for Plaintiff
GERTRUD ZAGEL

McManis Faulkner & Morgan

Dated: August ___, 2005

By: ______________________________
Matthew Schechter
Attorneys for Plaintiff
GERTRUD ZAGEL

Dated: August ___, 2005

______________________________
Michael Nielsen
Guardian At Litem for Defendant
ROBERT NIELSEN

IT IS SO ORDERED.

Dated: August ____, 2005

______________________________
Ronald M. Whyte
U.S. District Judge

- 3 -

Stipulation and (Proposed) Order Extending Case Deadlines to Allow Completion of Mediation
Zagel v. Nielsen, et al., Case No. C05 01540 RMW

PL-788 v1

Hopkins & Carley, A Law Corporation

Dated: August ___, 2005

By: ______________________
Robert A. Christopher
Attorneys for Defendant
ELLI NIELSEN

Law Offices of Luka S. Misetic

Dated: August ___, 2005

By: ______________________
Luka S. Misetic
Attorneys for Plaintiff
GERTRUD ZAGEL

McManis Faulkner & Morgan

Dated: August 18, 2005

By: [signature]
Matthew Schechter
Attorneys for Plaintiff
GERTRUD ZAGEL

Dated: August ___, 2005

______________________
Michael Nielsen
Guardian At Litem for Defendant
ROBERT NIELSEN

IT IS SO ORDERED.

Dated: August ____, 2005

______________________
Ronald M. Whyte
U.S. District Judge

- 3 -

**Stipulation and (Proposed) Order Extending Case Deadlines to Allow Completion of Mediation**
**Zagel v. Nielsen, et al., Case No. C05 01540 RMW**

PL-788 v1

Aug 23 05 06:52p Worldwide Packets 408 242 9184 p.3

Hopkins & Carley, A Law Corporation

Dated: August ___, 2005

By: ______________________________
Robert A. Christopher
Attorneys for Defendant
ELLI NIELSEN

Law Offices of Luka S. Misetic

Dated: August ___, 2005

By: ______________________________
Luka S. Misetic
Attorneys for Plaintiff
GERTRUD ZAGEL

McManis Faulkner & Morgan

Dated: August ___, 2005

By: ______________________________
Matthew Schechter
Attorneys for Plaintiff
GERTRUD ZAGEL

Dated: August 23, 2005

______________________________
Michael Nielsen
Guardian At Litem for Defendant
ROBERT NIELSEN

IT IS SO ORDERED.

Dated: August _____, 2005

______________________________
Ronald M. Whyte
U.S. District Judge

- 2 -

**Stipulation and (Proposed) Order Extending Case Deadlines to Allow Completion of Mediation**
**Zagel v. Nielsen, et al., Case No. C05 01540 RMW**

PL-788 v1 1400035-0001

Hopkins & Carley, A Law Corporation

Dated: August ___, 2005

By: ______________________________
Robert A. Christopher
Attorneys for Defendant
ELLI NIELSEN

Law Offices of Luka S. Misetic

Dated: August ___, 2005

By: ______________________________
Luka S. Misetic
Attorneys for Plaintiff
GERTRUD ZAGEL

McManis Faulkner & Morgan

Dated: August ___, 2005

By: ______________________________
Matthew Schechter
Attorneys for Plaintiff
GERTRUD ZAGEL

Dated: August ___, 2005

______________________________
Michael Nielsen
Guardian At Litem for Defendant
ROBERT NIELSEN

IT IS SO ORDERED.

Dated: ~~August~~ Sept. 8, 2005

UNITED STATES DISTRICT COURT
APPROVED
Judge Ronald M. Whyte
NORTHERN DISTRICT OF CALIFORNIA

______________________________
Ronal[illegible]
U.S. D[illegible]

- 2 -

Stipulation and (Proposed) Order Extending Case Deadlines to Allow Completion of Mediation
Zagel v. Nielsen, et al., Case No. C05 01540 RMW

PL-788 v1 1400035-0001