1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 12/21/05*

GERTRUD ZAGEL,
         Plaintiff,

vs.

ROBERT NIELSEN, an individual; SERVUS LIMITED, a Gibraltar Corporation; ELLI NIELSEN, an individual; and STEEN NIELSEN, an individual,

         Defendants.

CASE NO. C05 01540 RMW

**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE**

It is HEREBY STIPULATED AND AGREED by the parties hereto that:

**I. STIPULATION**

This case, including all parties and all claims for relief, shall be dismissed in its entirety with prejudice. Each party shall bear his/her/its own costs and his/her/its own attorneys' fees and costs. The parties further acknowledge and agree that Robert Nielsen was deceased as of October 17, 2005 in Carmel, California, as evidenced by the certified copy of the Death Certificate, attached hereto as Exhibit A, and therefore ceased to be a party to this action as of that date.

-1-

| | | |
|---|---|---|
| 1 | | |
| 2 | | Kirkpatrick & Lockhart Nicholson Graham LLP |
| 3 | Dated: __DECEMBER 7__, 2005 | By: _/s/ Jon Michaelson_ |
| 4 | | Jon Michaelson |
| | | Linda Larson Usoz |
| 5 | | Philippe A. Toudic |
| | | Dylan B. Carp |
| 6 | | Attorneys for Defendant |
| | | STEEN NIELSEN |

Law Offices of Alan Nudelman

Dated: _____, 2005    By: _____
                                       Alan W. Nudelman
                                       Attorneys for Defendant
                                       SERVUS LIMITED

Hopkins & Carley, A Law Corporation

Dated: _____, 2005    By: _____
                                       Robert A. Christopher
                                       Attorneys for Defendant
                                       ELLI NIELSEN

Law Offices of Luka S. Misetic

Dated: _____, 2005    By: _____
                                       Luka S. Misetic
                                       Attorneys for Plaintiff
                                       GERTRUD ZAGEL

PL-1530 v1 1400035-0001

|   |   |
|---|---|
| Dated: _____, 2005 | Kirkpatrick & Lockhart Nicholson Graham LLP<br><br>By: _____<br>Jon Michaelson<br>Linda Larson Usoz<br>Philippe A. Toudic<br>Dylan B. Carp<br>Attorneys for Defendant<br>STEEN NIELSEN |
| Dated: /s/ *[signature]*, 2005 | Law Offices of Alan Nudelman<br><br>By: *[signature]*<br>Alan W. Nudelman<br>Attorneys for Defendant<br>SERVUS LIMITED |
| Dated: _____, 2005 | Hopkins & Carley, A Law Corporation<br><br>By: _____<br>Robert A. Christopher<br>Attorneys for Defendant<br>ELLI NIELSEN |
| Dated: _____, 2005 | Law Offices of Luka S. Misetic<br><br>By: _____<br>Luka S. Misetic<br>Attorneys for Plaintiff<br>GERTRUD ZAGEL |

```
 1
 2                                              Kirkpatrick & Lockhart Nicholson Graham LLP
 3   Dated: _____, 2005             By: _____
 4                                                  Jon Michaelson
                                                    Linda Larson Usoz
 5                                                  Philippe A. Toudic
                                                    Dylan B. Carp
 6                                                  Attorneys for Defendant
                                                    STEEN NIELSEN
 7
 8                                              Law Offices of Alan Nudelman
 9
10   Dated: _____, 2005             By: _____
11                                                  Alan W. Nudelman
                                                    Attorneys for Defendant
12                                                  SERVUS LIMITED
13                                              Hopkins & Carley, A Law Corporation
14
15   Dated: Dec. 6, 2005                        By: _____
                                                    Robert A. Christopher
16                                                  Attorneys for Defendant
                                                    ELLI NIELSEN
17
18
19                                              Law Offices of Luka S. Misetic
20   Dated: _____, 2005             By: _____
21                                                  Luka S. Misetic
                                                    Attorneys for Plaintiff
22                                                  GERTRUD ZAGEL
23
24
25
26
27                                       - 2 -
28                              Stipulation and Order Dismissing Case
                            Zagel v. Nielsen, et al., Case No. C05 01540 RMW
```

PL-1530 v1 1400035-0001

```
                                    Kirkpatrick & Lockhart Nicholson Graham LLP

 1
 2
 3  Dated: _____, 2005      By: _____
                                         Jon Michaelson
 4                                       Linda Larson Usoz
                                         Philippe A. Toudic
 5                                       Dylan B. Carp
                                         Attorneys for Defendant
 6                                       STEEN NIELSEN
 7
 8                                   Law Offices of Alan Nudelman
 9
10  Dated: _____, 2005      By: _____
                                         Alan W. Nudelman
11                                       Attorneys for Defendant
                                         SERVUS LIMITED
12
13                                   Hopkins & Carley, A Law Corporation
14
15  Dated: _____, 2005      By: _____
                                         Robert A. Christopher
16                                       Attorneys for Defendant
                                         ELLI NIELSEN
17
18
19                                   Law Offices of Luka S. Misetic
20  Dated: December 1, 2005          By: _____
21                                       Luka S. Misetic
                                         Attorneys for Plaintiff
22                                       GERTRUD ZAGEL
```

- 2 -

Stipulation and Order Dismissing Case
Zagel v. Nielsen, et al., Case No. C05 01540 RMW

PL-1530 v1 1400035-0001

|   |   |   |
|---|---|---|
| | | McManis Faulkner & Morgan |
| Dated: December 1, 2005 | By: | /s/ Matthew Schechter |
| | | Matthew Schechter |
| | | Attorneys for Plaintiff |
| | | GERTRUD ZAGEL |

## ORDER

Pursuant to the stipulation hereinabove, it is hereby ordered that this entire case and all parties hereto are dismissed with prejudice and that each party shall bear his/her/its own attorneys' fees and costs.

Dated: 12/20, 2005         /S/ RONALD M. WHYTE
                           Ronald M. Whyte
                           Judge of the U.S. District Court
                           Northern District of California

- 2 -

Stipulation and Order Dismissing Case
Zagel v. Nielsen, et al., Case No. C05 01540 RMW

PL-1530 v1 1400035-0001

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF MONTEREY
### Salinas, California
### CERTIFICATE OF VITAL RECORDS

**CERTIFICATE OF DEATH** — State File Number: 3200527

### DECEDENT'S PERSONAL DATA
- **1. Name of Decedent — First (Given):** Robert
- **2. Middle:** Bent Christian
- **3. Last (Family):** Nielsen
- **4. Date of Birth:** 11/17/1927
- **5. Age Yrs:** 77
- **6. Sex:** M
- **7. Date of Death:** 10/17/2005
- **8. Hour (24 Hours):** 1205
- **9. Birth State/Foreign Country:** Denmark
- **10. Social Security Number:** 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
- **11. Ever in U.S. Armed Forces?** No
- **12. Marital Status (at Time of Death):** Married
- **13. Education:** Professional
- **14/15. Was Decedent Spanish/Hispanic/Latino?** No
- **16. Decedent's Race:** White
- **17. Usual Occupation:** Accountant
- **18. Kind of Business or Industry:** Tax Accounting
- **19. Years in Occupation:** 30

### USUAL RESIDENCE
- **20. Decedent's Residence:** N.E. Corner of Scenic Drive and 12th
- **21. City:** Carmel
- **22. County/Province:** Monterey
- **23. Zip Code:** 93922
- **24. Years in County:** 20
- **25. State/Foreign Country:** CA

### INFORMANT
- **26. Informant's Name, Relationship:** Elli Nielsen — Wife
- **27. Informant's Mailing Address:** PO Box 223113, Carmel CA 93922

### SPOUSE AND PARENT INFORMATION
- **28. Name of Surviving Spouse — First:** Elli
- **29. Middle:** Elisabet
- **30. Last (Maiden Name):** Krummel Svendsen
- **31. Name of Father — First:** Vilhelm
- **32. Middle:** Rudolf
- **33. Last:** Nielsen
- **34. Birth State:** Denmark
- **35. Name of Mother — First:** Karla
- **36. Middle:** Vilhelmi
- **37. Last (Maiden):** Bendtsen
- **38. Birth State:** Denmark

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- **39. Disposition Date:** 10/25/2005
- **40. Place of Final Disposition:** At sea off the coast of Monterey County
- **41. Type of Disposition(s):** CR/SEA
- **42. Signature of Embalmer:** Not Embalmed
- **44. Name of Funeral Establishment:** Neptune Society of Central CA
- **45. License Number:** FD 1322
- **47. Date:** 10/20/2005

### PLACE OF DEATH
- **101. Place of Death:** Own Residence
- **103. If Other Than Hospital, Specify One:** Decedent's Home
- **104. County:** Monterey
- **105. Facility Address or Location:** N.E. Corner of Scenic Drive and 12th
- **106. City:** Carmel

### CAUSE OF DEATH
- **107. Cause of Death:**
  - (A) Immediate Cause: Cardiopulmonary Failure — mins.
  - (B) Pneumonia — days
- **108. Death Reported to Coroner?** No
- **109. Biopsy Performed?** No
- **110. Autopsy Performed?** No
- **111. Used in Determining Cause?** No
- **112. Other Significant Conditions Contributing to Death:** Cerebral Vascular Disease, Hypertension, Diabetes Type II

### PHYSICIAN'S CERTIFICATION
- **114. Decedent Attended Since:** 11/01/2001
- **Decedent Last Seen Alive:** 10/13/2005
- **116. License Number:** 20AS673
- **117. Date:** 10/17/2005
- **118. Type Attending Physician's Name:** Michael Davis MD., 147 El Dorado St. Ste. A&B, Monterey CA 93940

---

MONTEREY CO. DEPT. OF HEALTH
STATE OF CALIFORNIA
COUNTY OF MONTEREY

**DATE ISSUED:** OCT 2 0 2005

By _____ Local Registrar

*000174603*

This is a true and exact reproduction of the document officially registered and placed on file in the Office of the Monterey County Vital Records. This copy is not valid unless prepared on engraved border displaying seal and signature of Local Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

